Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiffs,
KATHERINE AND MICHAEL WARE

**UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA,**
**SACRAMENTO DIVISION**

| | |
|---|---|
| KATHERINE AND MICHAEL WARE, | ) Case No.: |
| Plaintiffs, | ) **COMPLAINT AND DEMAND FOR** |
| v. | ) **JURY TRIAL** |
| CALIFORNIA RECOVERY SYSTEMS, INC., | ) **(Unlawful Debt Collection Practices)** |
| Defendant. | ) |

**VERIFIED COMPLAINT**

KATHERINE AND MICHAEL WARE (Plaintiffs), by their attorneys, KROHN & MOSS, LTD., alleges the following against CALIFORNIA RECOVERY SYSTEMS, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiffs' Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

- 1 -

PLAINTIFF'S COMPLAINT

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiffs are a natural persons residing in the state of California, Sacramento County, California.

9. Plaintiffs are consumers as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiffs as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

10. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiffs.

11. Defendant is a company with business offices in Sacramento, California.

## FACTUAL ALLEGATIONS

12. Defendant places collection calls to Plaintiffs seeking and demanding payment for an alleged debt.

13. Defendant places collection calls to Plaintiffs and requests a call return call on: 866-502-

2774.

14. Defendant placed a collection call to Plaintiffs place of employment on August 18, 2010.

15. Plaintiffs informed Defendant that they could not receive telephone calls at work and to stop calling them there.

16. Despite this, Defendant called Plaintiffs at work three more times consecutively the same day.

17. On the third call, Defendant demanded Plaintiffs' employers name and contact information.

18. Defendant threatened to garnish Plaintiffs' wages if immediate payment plan was not set up.

19. Defendant falsely represented that it was an attorney when placing collection calls to Plaintiffs.

20. Defendant did not identify itself in subsequent communications (see Exhibit A).

21. Defendant failed to inform Plaintiffs that it is a debt collector (see Exhibit A).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

22. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692c(1) of the FDCPA by calling Plaintiffs at their place of employment, a place known to be inconvenient to Plaintiffs.

    b. Defendant violated §1692c(3) of the FDCPA by calling Plaintiffs at their place of employment despite being informed that Plaintiffs cannot receive calls at work.

    c. Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of Plaintiffs.

    d. Defendant violated §1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

  e. Defendant violated §1692e(3) of the FDCPA by falsely representing that the communication is from an attorney.

  f. Defendant violated §1692e(4) of the FDCPA by falsely representing that non payment of Plaintiffs' alleged debt will result in wage garnishment.

  g. Defendant violated §1692e(10) of the FDCPA by engaging in deceptive means to attempt to collect a debt by threatening that nonpayment of Plaintiffs' alleged debt will result in wage garnishment.

  h. Defendant violated §1692e(11) of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, KATHERINE AND MICHAEL WARE, respectfully requests judgment be entered against Defendant, CALIFORNIA RECOVERY SYSTEMS, INC., for the following:

23. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

24. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

25. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

25. Plaintiffs repeat and reallege all of the allegations in Count I of Plaintiffs' Complaint as the allegations in Count II of Plaintiffs' Complaint.

26. Defendant violated the RFDCPA based on the following:

  a. Defendant violated *§1788.10(e)* of the RFDCPA by threatening that nonpayment of Plaintiffs' alleged debt would result in wage garnishment.

  b. Defendant violated *§1788.11(b)* of the RFDCPA by placing telephone calls

without meaningful disclosure of the caller's identity.

c. Defendant violated *§1788.11(d)* of the RFDCPA by causing a telephone to ring repeatedly to annoy the person called.

d. Defendant violated *§1788.11(e)* of the RFDCPA by communicating by telephone with Plaintiffs with such frequency as to be unreasonable and to constitute harassment to Plaintiffs.

e. Defendant violated *§1788.13(b)* of the RFDCPA by falsely representing that Defendant is an attorney.

f. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, KATHERINE AND MICHAEL WARE, respectfully requests judgment be entered against Defendant, CALIFORNIA RECOVERY SYSTEMS, INC., for the following:

27. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

28. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

29. Any other relief that this Honorable Court deems appropriate.

1
2
3
4 **DEMAND FOR JURY TRIAL**

5 PLEASE TAKE NOTICE that Plaintiffs, KATHERINE AND MICHAEL WARE
6 demand a jury trial in this cause of action.

7 RESPECTFULLY SUBMITTED,

8 DATED:  September 30, 2010            KROHN & MOSS, LTD.

9

10 By: /s/Nicholas J. Bontrager         _

11 Nicholas J. Bontrager
   Attorney for Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PLAINTIFF'S COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **EXHIBIT A**

PLAINTIFF'S COMPLAINT

Wednesday, 3:28 p.m.

Yeah I need to get in contact with _____.  I got a situation here that is escalating.  I have called a couple of times.  I am getting hung up on. I do need to get in contact with somebody that is in charge over there _____ telephone number 1-866-502-2774.  Definitely, this situation is not going to go away, somebody needs to call me back ASAP.

Ware

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, KATHERINE WARE, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KATHERINE WARE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: August 25, 2010                  _____
                                        KATHERINE WARE

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF CALIFORNIA

    Plaintiff, MICHAEL WARE, states as follows:

8. I am the Plaintiff in this civil proceeding.
9. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
10. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
11. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
12. I have filed this Complaint in good faith and solely for the purposes set forth in it.
13. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
14. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, MICHAEL WARE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 8-25-2010            _/s/ Michael S Ware_
                                               MICHAEL WARE