Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiffs,
KATHERINE AND MICHAEL WARE

**UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA,**
**SACRAMENTO DIVISION**

| | |
|---|---|
| KATHERINE AND MICHAEL WARE, ) | **Case No.: 2:10-cv-02668-MCE-EFB** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **NOTICE OF SETTLEMENT** |
| ) | |
| CALIFORNIA RECOVERY SYSTEMS, ) | |
| ) | |
| INC., ) | |
| ) | |
| Defendant. | |

NOW COMES the Plaintiffs, KATHERINE AND MICHAEL WARE, by and through the undersigned counsel and hereby inform the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiffs anticipate will be finalized within the next 40 days.

Plaintiffs therefore request that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

DATED: February 4, 2011          KROHN & MOSS, LTD.

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all counsel of record by way of ECF.

/s/ Nicholas J. Bontrager

Nicholas J. Bontrager

Attorney for Plaintiff