Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiffs,
KATHERINE AND MICHAEL WARE

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

| | |
|---|---|
| KATHERINE AND MICHAEL WARE,<br><br>   Plaintiffs,<br><br>   v.<br><br>CALIFORNIA RECOVERY SYSTEMS, INC.,<br><br>   Defendant. | Case No.: 2:10-cv-02668-MCE-EFB<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiffs, KATHERINE AND MICHAEL WARE, and Defendant, CALIFORNIA RECOVERY SYSTEMS, INC., through their respective counsel of record, that the above titled action shall be dismissed in its entirety, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party to bear their own costs and expenses.

Dated: 03/02/11          KROHN & MOSS LTD

                         /s/ Nicholas J. Bontrager
                         Nicholas J. Bontrager, Esq.
                         Attorney for Plaintiffs,
                         KATHERINE AND MICHAEL WARE

1 | Dated: 03/02/11          CARLSON & MESSER LLP

2                   /s/ David J. Kaminski
                   David J. Kaminski
3                   Attorney for Defendant,
                   CALIFORNIA RECOVERY SYSTEMS, INC.