Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiffs,
KATHERINE AND MICHAEL WARE

# UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| KATHERINE AND MICHAEL WARE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA RECOVERY SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No.: 2:10-cv-02668-MCE-EFB<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed without prejudice. The Clerk of Court is directed to close this file.

**T IS SO ORDERED.**

DATE: March 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1

[Proposed] Order